UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------x
CANADA JETLINES LTD. and :
CANADA JETLINES OPERATIONS LTD. :
:
               Plaintiffs, : Case No. 3:19-cv-01817 (VAB)
:
- against – : **NOTICE OF VOLUNTARY**
: **DISMISSAL PURSUANT TO**
DAVID NEELEMAN, DGN CORPORATION : **Fed.R.Civ.P. 41(a)(1)(A)(i)**
and BREEZE AVIATION GROUP, INC., :
:
               Defendants. :
------------------------------------x

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs herein, by their undersigned counsel, hereby give notice that the above-captioned action is hereby voluntarily dismissed, without prejudice, against all defendants.

Dated: November 19, 2019
      New York, New York

                                  WINSLETT STUDNICKY McCORMICK &
                                  BOMSER LLP


                                  By    s/David L. Barrack
                                       David L. Barrack (Bar No. CT10155)
                                6 East 39th Street, Sixth Floor
                                New York, New York 10016
                                (646) 233-3016

                                Of Counsel,
                                  James H. Neale
                                  Winslett Studnicky McCormick & Bomser LLP
                                6 East 39th Street, Sixth Floor
                                New York, New York 10016
                                (646) 583-0765
                                (application for *pro hac vice* admission expected)